

# United States District Court
# Eastern District of California

| ELIZABETH HAVILAND | Case Number: 2:24-cv-02127-DAD-(SCRx) |

Plaintiff(s)

V.

| STRIVECTIN OPERATING COMPANY, INC. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, William K. Whitner hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Strivectin Operating Company, Inc.

On 11/25/1996 (date), I was admitted to practice and presently in good standing in the Superior Court of the State of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/10/2024     Signature of Applicant: /s/ William K. Whitner

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | William K. Whitner |
| Law Firm Name: | PAUL HASTINGS LLP |
| Address: | 1170 Peachtree Street, N.E. Suite 100 |
| City: | Atlanta     State: GA     Zip: 30309 |
| Phone Number w/Area Code: | (404) 815-2400 |
| City and State of Residence: | Atlanta, GA |
| Primary E-mail Address: | kwhitner@paulhastings.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | D. Scott Carlton |
| Law Firm Name: | PAUL HASTINGS LLP |
| Address: | 515 South Flower Street, 25th Floor |
| City: | Los Angeles     State: CA     Zip: 90071 |
| Phone Number w/Area Code: | (213) 683-6000     Bar #: 239151 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 11, 2024

_Dale A. Drozd_
JUDGE, U.S. DISTRICT COURT



# State Bar of Georgia

Lawyers Serving the Public and the Justice System

Mr. William King Whitner
Paul Hastings LLP
1170 Peachtree Street NE Suite 100
Atlanta, GA  30309-9998
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/25/1996 |
| **BAR NUMBER:** | 756652 |
| **TODAY'S DATE:** | 06/07/2024 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*[signature]*

**Official Representative of the State Bar of Georgia**

---

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435